UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH WILKINS,<br><br>    Plaintiff,<br><br>v.<br><br>CURRIER, et al.,<br><br>    Defendants. | Case No. 3:23-cv-00553-ART-CSD<br><br>**ORDER GRANTING**<br><br>STIPULATION TO DISMISS<br>WITH PREJUDICE |

Plaintiff, Kenneth Wilkins, and Defendants, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Rudolf M. D'Silva, Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this 25th day of June, 2024.

By: _[signature]_
Kenneth Wilkins # 89171
Plaintiff, Pro Se

DATED: 6-25-24

DATED this 25th day of June, 2024.
AARON D. FORD
Attorney General

By: /s/ Rudolf M. D'Silva
Rudolf M. D'Silva (Bar No. 16227)
Deputy Attorney General
*Attorneys for Defendants*

IT IS SO ORDERED.

_[signature]_
Anne R. Traum
United States District Judge

DATED: July 2, 2024